UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| ANDREW U.D. STRAW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 3:14-CV-1772 JD |
| | ) |
| THOMAS M. DIXON, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On January 4, 2016, this Court notified Plaintiff Andrew U.D. Straw that, unless he informed the Court otherwise, it intended to construe his December 1, 2015 filing as a notice of voluntary dismissal. [DE 58]. Mr. Straw has not responded to that notice, and the deadline has now passed. Accordingly, the Court hereby construes Mr. Straw's filing [DE 56] as a notice of voluntary dismissal under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and ORDERS that this case is dismissed without prejudice.

SO ORDERED.

ENTERED:  January 20, 2016

/s/ JON E. DEGUILIO
Judge
United States District Court